# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 07-01309-CJC(MLGx) | Date | March 10, 2009 |
|---|---|---|---|
| Title | Phillips International v. Kristy Development Inc., et al | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|

| Michelle Urie | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER CONTINUING ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

The Court issued an Order to Show Cause re Dismissal for Lack of Prosecution to plaintiff on October 23, 2008.

Plaintiff filed a response to the Order to Show Cause on November 14, 2008. However, counsel must properly refile each document in their response as a separate document, submit courtesy copies to the Court, and file a Request for Default upon default of any defendant.

The Order to Show Cause re Dismissal for Lack of Prosecution is continued, in writing, to March 27, 2009. A request for entry of default and/or default judgment on defendants shall obviate the need to respond to this Order to Show Cause.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | mu | |